# United States District Court
# For The Western District of North Carolina
# Asheville Division

Steven Wayne Bell,

    Plaintiff(s),                            JUDGMENT IN A CIVIL CASE

vs.                                            1:06cv32

Boyd Bennett, et al,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion to Dismiss and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 10, 2006 Order.

April 10, 2006                                    FRANK G. JOHNS, CLERK

                                                            s/Joan Gosnell
                                    BY: _____
                                              Joan Gosnell, Deputy Clerk