```
IN THE UNITED STATES DISTRICT COURT
 FOR THE WESTERN DISTRICT OF NORTH CAROLINA
              ASHEVILLE DIVISION
                1:06CV32-MU-02
```

```
STEVEN WAYNE BELL,          )
     Plaintiff,              )
                             )
       v.                    )
                             )
BOYD BENNETT, Director of)
  North Carolina Prisons;)
THEODIS BECK, Secretary  )
  of the North Carolina  )
  Department of Correc-  )
  tions;                 )
WILLARD JOBE, Superinten-)
  dent of Avery-Mitchell )
  Correctional Institu-  )
  tion ("AMCI" hereafter))              O R D E R
K. TAYLOR, Correctional  )
  Officer at AMCI; and   )
P. TAYLOR, Lieutenant at )
  AMCI,                  )
     Defendants.         )
_____)
```

**THIS MATTER** comes before the Court on the plaintiff's post-judgment "Motion & Memorandum Of Law In Support Of Civil Rights Action," filed June 8, 2006.

By the instant document, the plaintiff seeks to have the Court construe his previously dismissed Complaint against State officials/employees as a "Bivens action," instead of construing it as an action under 42 U.S.C. §1983. However, inasmuch as the action which the plaintiff essentially is seeking to amend already has been dismissed (due to his violation of 28 U.S.C. §1915(g), and he does not have any basis to proceed under Bivens

in any event, this Motion will be <u>dismissed</u> as moot.

    **SO ORDERED.**

                                      Signed: June 14, 2006

*[Signature: Graham C. Mullen]*

                                  Graham C. Mullen
                                  United States District Judge